**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Elizabeth E. Brown

| | |
|---|---|
| In re:<br><br>ERIN MICHELLE GUNTHER,<br><br>Debtor. | Bankruptcy Case No. 18-10752 EEB<br><br>Chapter 7 |
| ERIN MICHELLE GUNTHER,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NORTH DAKOTA,<br><br>Defendant. | Adversary Proceeding No. 18-01034 EEB<br><br>**Adversary Proceedings Consolidated under Case No. 18-01034 EEB** |
| ERIN MICHELLE GUNTHER,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Adversary Proceeding No. 18-01035 EEB |
| ERIN MICHELLE GUNTHER,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendant. | Adversary Proceeding No. 18-01036 EEB |
| ERIN MICHELLE GUNTHER,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>Defendant. | Adversary Proceeding No. 18-01037 EEB |

**JUDGMENT**

      Pursuant to and in accordance with the Order entered by the Honorable Elizabeth E. Brown, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

      ORDERED that judgment is hereby entered in favor of the Defendants, the Department of Education, the Educational Credit Management Corporation, and the Bank of North Dakota, and against Plaintiff Erin Gunther on Plaintiff's claim of undue hardship under 11 U.S.C. § 523(a)(8).  The student loan debts owed by Plaintiff Erin Gunther to the Defendants, the Department of Education, the Educational Credit Management Corporation, and the Bank of North Dakota, are nondischargeable pursuant to 11 U.S.C. § 523(a)(8).

      DATED this 20th day of May, 2019.

APPROVED BY THE COURT:

*/s/ Elizabeth E. Brown*

Elizabeth E. Brown
United States Bankruptcy Judge

FOR THE COURT:

*/s/*

Deputy Clerk